**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Elmer Rivera, Kassandra Morales Rodriguez and Isreal Morales v. City of Houston

Appellate case number:   01-19-00629-CV

Trial court case number:  2018-87546

Trial court:                      270th District Court of Harris County

It is ordered that the motion for further rehearing filed by appellee City of Houston is **DENIED**.

Judge's signature: /s Sarah Beth Landau
                              Acting for the Court

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

Date:  September 27, 2022